CALLAHAN, Circuit Judge,
concurring:
I concur fully with the majority that 8 U.S.C. § 1252(b)(2)’s venue provision is not jurisdictional and that we have subject matter jurisdiction over Bibiano’s claim even though venue is not proper here. I also concur fully with the majority’s decision to remand to the BIA and that our remand does not foreclose the BIA from considering any further issues which the parties may properly raise including which circuit’s law governs this case on remand.
Although I favored transferring the case to the Eleventh Circuit, I accept the remand to the BIA because the government conceded that remand to the BIA was appropriate. I write separately to emphasize my concern that this decision should not be read to encourage forum shopping. Rather, such petitions for review may only be filed, as we held, in “the circuit where the IJ completes proceedings rendering the reinstated removal order final.” Opinion 12-18.